[No. 25248. *En Banc.* August 25, 1934.]

C. E. BEACH, *Appellant,* v. ERNEST N. HUTCHINSON, *as Secretary of State, Respondent.*[1]

*James P. Neal, Allen, Froude & Hilen, Welts & Welts, Theodore B. Bruener, Thomas S. Grant,* and *Welsh & Welsh,* for appellant.

*The Attorney General, E. P. Donnelly* and *W. A. Toner, Assistants, Bogle, Bogle & Gates, Stanley B. Long, Howard A. Hanson,* and *John F. Dore,* for respondent.

PER CURIAM—By stipulation filed in the case of *Edwards v. Hutchinson, ante* p. 580, the parties have agreed that the decision rendered by this court in that case shall be applicable to this case; and accordingly, the judgment appealed from is affirmed.

[1]Reported in 35 P. (2d) 93.